IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER M. GREENWOOD,

        Plaintiff,                          Civil Action No. 07-CV-2080-CM/JPO

v.

FIRST CREDIT SERVICES, INC.
d/b/a STANLEY WEINBERG & ASSOCIATES,
        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay his or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: July 25, 2007.

| | |
|---|---|
| s/ J. Mark Meinhardt | s/ Susan L. Mauch |
| J. Mark Meinhardt, Esq. #20245 | Susan L. Mauch, Esq. #15295 |
| 4707 College Blvd., Suite 100 | 534 S. Kansas Avenue, Suite 1100 |
| Leawood, KS  66211 | Topeka, KS  66603 |
| (913) 451-9797 | Attorney for the Defendant |
| Attorney for the Plaintiff | |